IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BLACKWELL, | No. C 12-04329 JSW |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND SETTING DEADLINES FOR REPLY BRIEFS** |
| v. | |
| STEVE ROBINSON, et al., | |
| Defendants. | (Docket No. 34) |

On January 3, 2013, Plaintiff filed a motion for an extension of time to file opposition briefs to the various motions filed by the Defendants in this case, all of which are scheduled for hearing on March 29, 2013.

On January 3, 2013, Plaintiff filed an opposition to the motion to dismiss and to compel arbitration (Docket No. 27), filed by Defendants Deborah Leever, Mission Financial Services Corporation, William N. Elder, Foell & Elder, and Wessels Enterprises, Inc., dba A-1 Recovery. (*See* Docket No. 35.)

On January 4, 2013, Plaintiff filed an opposition to the motion to dismiss filed by Bank of the West (Docket No. 26). (*See* Docket No. 37.) On that same date, Plaintiff filed an opposition brief to the motion to dismiss for failure to state a claim and motion to dismiss for improper venue filed by Defendants Steven Robinson and the Madera County Sheriff's Department (Docket Nos. 28, 29). (*See* Docket No. 38.)

In light of the number of motions, the fact that Plaintiff filed his opposition briefs within a short time after they were originally due, and the fact that the hearing is not scheduled until

1  March 29, 2013, the Court grants Plaintiff's request for an extension of time, and deems Docket
2  Nos. 36-38 timely filed.  The Defendants shall file their reply briefs by January 14, 2013.
3      If the court finds the motions suitable for disposition without oral argument, it shall
4  notify the parties in advance of the hearing date.
5  **IT IS SO ORDERED.**
6  Dated: January 7, 2013

                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN BLACKWELL,

        Plaintiff,

  v.

STEVE ROBINSON et al,

        Defendant.
                                        /

Case Number: CV12-04329 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Diez Blackwell
P.O. Box 3-81 Shulin City, Taipei County 238
Shulin city, 10487,

Dated: January 7, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk