UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN DIEZ BLACKWELL, | |
|---|---|
| Plaintiff, | Case No. 12-cv-04329-JST |
| v. | **NOTICE REGARDING ORAL ARGUMENT** |
| STEVEN ROBINSON, et al., | Re: Dkt. Nos. 26 |
| Defendants. | |

Having reviewed the written submissions with respect to Bank of the West's Motion to Dismiss for Lack of Jurisdiction, Dkt. No. 26, the Court is of the view that oral argument is unnecessary and hereby vacates the hearing set for March 21, 2013. If, however, any party advises the Court in writing by noon on March 15, 2013 that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for four or fewer years, the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity.

**IT IS SO ORDERED**.

Dated: March 13, 2013

Jon S. Tigar
United States District Judge