UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIEZ BLACKWELL,<br><br>   Plaintiff,<br><br>  v.<br><br>STEVEN ROBINSON, et al.,<br><br>   Defendants. | Case No.  12-cv-04329-JST<br><br>**ORDER RE: PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**<br><br>Re: Dkt. No. 55 |

  Plaintiff Steven Blackwell filed his "First Request for Production" electronically on March 28, 2013, and styled it as a "discovery letter brief." Dkt. No. 55.  However, Plaintiff's letter brief appears to be a request for production pursuant to Federal Rule of Civil Procedure 26, which need not be filed with the Court.  Discovery requests should be directed at the party from whom production is requested in accordance with the Federal Rules of Civil Procedure.

  The clerk is directed to terminate the request.

  **IT IS SO ORDERED**.

Dated: April 8, 2013

                      JON S. TIGAR
                     United States District Judge