UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIEZ BLACKWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN ROBINSON, et al.,<br><br>    Defendants. | Case No.  12-cv-04329-JST<br><br>**ORDER TO SHOW CAUSE** |

In its Order dismissing without prejudice Plaintiff's claims against Defendants Steven Robinson, the Madera County Sheriff's Department, and Bank of the West, ECF No. 58 (April 10, 2013), this Court ordered: "Plaintiff shall amend his complaint, should he choose to continue with this litigation, by no later than thirty days from the date of this Order. Failure to amend by the deadline may result in dismissal." Id. at 15:1–3. Plaintiff's amended complaint was due May 10, 2013. He has not filed one.

Accordingly, the Court hereby ORDERS PLAINTIFF TO SHOW CAUSE why the Court should not dismiss this action for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). See Link v. Wabash R. Co., 370 U.S. 626, 630 (1962) (recognizing district court's "inherent power" to dismiss action with prejudice *sua sponte* for failure to prosecute). Plaintiff must respond to this order in writing by not later than May 31, 2013.

The Court notes that "*[p]ro se* litigants must follow the same rules of procedure that govern other litigants." King v. Atiyeh, 814 F.2d 565, 567 (9th Cir.1987) (overruled on other grounds). Plaintiff's failure to respond to this Order, or Plaintiff's failure to show good cause for his non-compliance with the Court's orders and procedural rules, shall constitute an additional

1  ground for the imposition of appropriate sanctions, including involuntarily dismissal with
2  prejudice.
3      **IT IS SO ORDERED**.
4  Dated:  May 15, 2013



```
_____
             JON S. TIGAR
         United States District Judge
```

2